**Order issued September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00118-CR
_____

### KEVIN LAVERNE PRICE, Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Fillmore, and Lewis

Based on the Court's opinion of this date, we **GRANT** the March 22, 2013 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kevin Laverne Price, Bookin #13002005, Dallas County Jail, North Tower-4E08, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE